WILLIAM H. SCHIMEK et al., Appellants, v E & R GENERAL CONSTRUCTION, INC., Respondent. [801 NYS2d 214]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), entered October 28, 2004. The order denied plaintiffs' motion for partial summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.